**UNITED STATES DISTRICT COURT**            **EASTERN DISTRICT OF TEXAS**

JEREMY VAUGHN PINSON,                       §
                                            §
                    Petitioner,             §
                                            §
*versus*                                    §       CIVIL ACTION NO. 1:07-CV-646
                                            §
JOHN B. FOX,                                §
                                            §
                    Respondent.             §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jeremy Vaughn Pinson, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed this petition for writ of mandamus.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends the petition be dismissed without prejudice as moot.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered dismissing the petition.

SIGNED at Beaumont, Texas, this 5th day of February, 2008.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE